UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Lisa Thatcher

        Plaintiff,

vs.

Ortho One

Civil Action No.: 05-5943(RMB)

**ORDER REINSTATING THE ORDER EXTENDING SETTLEMENT AN ADDITIONAL SIXTY DAYS**

**THIS MATTER** having been brought before the Court by Begelman & Orlow, P.C., attorneys for the plaintiff, Lisa Thatcher, for an Order Extending an additional sixty days in this matter, and the Court having considered the matter and good cause having been shown;

**IT IS** on this 9th day of September, 2008 ORDERED that the Order of Dismissal signed on January 29, 2008 shall hereby remain in effect and extended an additional sixty days to finalize the settlement in this matter. This Order will be extended to October 31, 2008.

Renee Marie Bumb
United States District Judge